UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY LOYD GRAY,<br><br>                Plaintiff,<br><br>      v.<br><br>CORRECTIONAL OFFICER KENNEDY, *et al*,<br><br>                Defendants. | Case No.  C05-5697FDB<br><br>ORDER TO SHOW CAUSE |

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

       On October 21, 2005, the clerk received plaintiff's civil rights complaint. (Dkt. #1).  On October 28, 2005, the clerk sent plaintiff a letter informing him that he must either pay the $250.00 court filing fee or file a proper application to proceed *in forma pauperis*. (Dkt. #2).  That same day, apparently, plaintiff did file an *in forma pauperis* application. (Dkt. #3).  Plaintiff's application, however, is deficient.

       Pursuant to 28 U.S.C. § 1915(b), a prisoner seeking to proceed *in forma pauperis* also is required to submit with his application a written acknowledgment and authorization form, authorizing the agency

ORDER
Page - 1

having custody over him to collect from his prison trust account an initial partial filing fee and subsequent monthly payments until the full filing fee is paid. Plaintiff has not submitted the acknowledgment and authorization form approved for use by this court.

Accordingly, this court orders the following:

(1) Plaintiff shall seek to cure this deficiency by filing **no later than January 5, 2006**, a completed and signed copy of the acknowledgment and authorization form pursuant to 28 U.S.C. § 1915(b).

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copy of this Order to plaintiff along with the appropriate acknowledgment and authorization form.

DATED this 5th day of December, 2005.

Karen L. Strombom
United States Magistrate Judge