UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY LOYD GRAY,<br><br>           Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER KENNEDY, *et al*,<br><br>           Defendants. | Case No. C05-5697FDB<br><br>MINUTE ORDER |

The court hereby directs the clerk to enter the following Minute Order:

On December 5, 2005, the court issued an order directing plaintiff to cure certain deficiencies in his application to proceed *in forma pauperis*. (Dkt. #6). On December 16, 2005, the postal service returned plaintiff's copy of that order, which was sent to her last known address. Apparently, plaintiff is no longer at that address, but she has not informed the court of her change of address.

Local Rule CR 10(f) requires parties to notify the court within ten days of a change of address. Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

Accordingly, the clerk shall place a deadline of February 14, 2006, on the court's calendar to check the record for a change of address filed by plaintiff.

DATED this 12th day of January, 2006.

Karen L. Strombom
United States Magistrate Judge