UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMY LOYD GRAY,

    Plaintiff,

    v.

CORRECTIONAL OFFICER KENNEDY, *et al.*,

    Defendants.

Case No. C05-5697 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE

The Magistrate Judge recommends that this 42 U.S.C. § 1983 Civil Rights action be dismissed without prejudice for failure of Plaintiff to comply with Court Order to submit service documents. The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's order to provide service documents; and

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 8th day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1